# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

FILED

Domestic Mushroom Co., Inc.          CASE NUMBER:   3:00-CV-2184 (JCH)
dba Gourmet's Finest, et al
v.                                                                     2003 NOV 13  P 12: 45

William Dubinsky & Sons, Inc.,
also dba Dubinsky & Musto & Parmelee, et al            US DISTRICT COURT
To the Clerk of this court and all parties of record:         BRIDGEPORT CT

    Enter my appearance as counsel in this case for:

        William Dubinsky & Sons, Inc., also
        d/b/a Dubinsky & Musto & Parmelee, et al
        Daniel S. Dubinsky


11/10/03
_____
Date

00163
_____
Connecticut Federal Bar Number

203-777-3777
_____
Telephone Number

203-782-1721
_____
Fax Number

_____
E-mail address

_____
Signature

Jonathan J. Einhorn
_____
Print Clearly or Type Name

412 Orange Street
_____
Address

New Haven, CT  06511


### CERTIFICATE OF SERVICE

    This is to certify that the foregoing Appearance was mailed on this date to the following:

    To all parties on the attached certificate of service


_____
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Opposition to Motion to Reopen was mailed, postage prepaid, this 10<u>th</u> day of November, 2003, to the following:

Gerard I. Adelman
Weigand, Mahon & Adelman
636 Broad Street
PO Box 2420
Meriden, CT 06450

Sandra K. Davis
Brown Rudnick Berlack Israels
CityPlace I, 185 Asylum St.
Hartford, CT 06103-3402

Dominic Fulco III
Reid & Riege, P.C.
One Financial Plaza
Hartford, CT 06103-3185

Lauren M. Nash
U.S. Attorney's Office
157 Church Street, PO Box 1824
New Haven, CT 06510

Stuart A. Margolis
Berdon, Young & Margolis, P.C.
132 Temple Street
New Haven, CT  06510

Valerie S. Carter
Riley & Dever
Lynnfield Woods Office Park
	210 Broadway, Suite 201
	Lynnfield, MA 01940-2351

William H. Erickson
David J. Elliott
Day, Berry & Howard
	Hartford, CT 06103-3499

Michael J. Keaton
Keaton & Associates
1278 W. Northwest Hwy #903
	Palatine, IL 60067

Whitton E. Norris III
Davis, Malm & D'Agostine
	One Boston Place
Boston, MA 02108

_____
Jonathan J. Einhorn
#CT 00163

8